UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH BARTHELEMY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2335** |
| **WARDEN N. BURL CAIN** | **SECTION "E"** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the Petition of Keith Barthelemy for Issuance of a Writ of Habeas Corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of July, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**